UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
 :
UNITED STATES OF AMERICA :
 :
   -v.- : 21-cr-194 (LAK)
 :
RICKEY JOHNSON, : ORDER
   a/k/a "Nigel Dawn Defarren," :
 :
               Defendant. :
 :
------------------------------------------------------------- X

LEWIS A. KAPLAN, United States District Judge:

    Upon the application of the United States of America, by and through AUDREY STRAUSS, United States Attorney for the Southern District of New York, ANDREW J. DEFILIPPIS and PATRICK R. MORONEY, Assistant United States Attorneys, of counsel, and with the consent of RICKEY JOHNSON, by and through his attorney, ZAWADI BAHARANYI, it is hereby ORDERED that the time from the date of this order until April 20, 2021, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial because granting an exclusion will allow the parties to begin gathering, producing, and reviewing discovery; will ensure the effective representation of counsel in light of difficulties in attorney-client communication occasioned by the COVID-19 pandemic; and will reflect the limited availability of jury trials and court appearances in this District in light of the pandemic.

SO ORDERED.

Dated: Apr. 2, 2021
New York, New York

_____
LEWIS A. KAPLAN
United States District Judge