UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

Rickey Johnson        Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 194    ( )( )

Defendant __Rickey Johnson_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/Rickey Johnson
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Rickey Johnson
_____
Print Defendant's Name

/s/Zawadi Baharanyi
_____
Defendant's Counsel's Signature

Zawadi Baharanyi
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

4/15/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge