# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 25, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-29-21

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Rickey Johnson**
             **21 CR 194 (LAK)**

Dear Judge Kaplan:

    With the consent of the Government, I write to request an extension of the deadline for pretrial motions in the above-referenced matter. The Government has disclosed to the defense hundreds of videos and photos in reference to this case, and anticipates an additional discovery production by the end of next week. The exact size of this production is unknown at the filing of this letter but is expected to include additional video and electronic data. As the Court is aware, Mr. Johnson is currently incarcerated at the MDC Brooklyn and has limited access to a computer to review his digital discovery. I need additional time to review the voluminous discovery and the anticipated discovery with Mr. Johnson before filing pretrial motions. Therefore, with the Government's consent, I respectfully request that the Court endorse the following schedule:

- Mr. Johnson's pretrial motions due by August 13, 2021.
- Government response by August 27, 2021.
- Mr. Johnson's reply by September 3, 2021.

                                      Respectfully submitted,

                                      /s/
                                      Zawadi Baharanyi
                                      Assistant Federal Defender
                                      917-612-2753

cc:    Patrick Moroney
       Assistant United States Attorney

SO ORDERED Granted
LEWIS A. KAPLAN, USDJ
6/29/21