USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

  -against-                            21-CR-194 (LAK)

RICKEY JOHNSON,
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>Trial Order</u>

        At the September 21, 2021 conference the Court scheduled the preferred trial start date as February 1, 2022. The Clerks Office jury calendar for the first quarter of 2022 has since been issued.  The jury panel for this trial will be provided on Wednesday, February 16, 2022 and you must be ready to proceed with jury selection and the immediate commencement trial starting at 9:30 AM.

        Counsel are responsible for being familiar with the Court's Covid 19 policies posted on the Court's website at:
        https://www.nysd.uscourts.gov/covid-19-coronavirus;
as well as any applicable state, and local requirements.

        Counsel will schedule an appointment with the courtroom deputy about 30 days in advance of trial date in order to familiarize themselves with the current jury selection procedures, the electronic courtroom evidence presentation system and other logistical issues.

Dated: December 7, 2021

                                 Lewis A. Kaplan
                         United States District Judge