UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

                -against-                                      21-cr-0194 (LAK)

RICKEY JOHNSON,

                       Defendant(s).
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The defendant's *ex parte* application is denied without prejudice to renewal by motion served on the United States, any such motion to be accompanied by a memorandum of law demonstrating that the requirements of Fed.. R. Crim. P. 17 are satisfied. The *ex parte* application, which bears a legend indicating that it is not to be filed on CM-ECF, is to be publicly docketed on CM-ECF.

        SO ORDERED.

Dated:        January 25, 2022

                                                                    Lewis A. Kaplan
                                                      United States District Judge