USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

-against-                                           21-cr-0194 (LAK)

RICKEY JOHNSON,

               Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       In view of the imminence of the trial, the defendant shall file his response to the government's motion to preclude its proposed expert no later than February 4. The government shall file any reply in support of its motion no later than February 8.

       SO ORDERED.

Dated:      February 1, 2022

                                                _____
                                                  Lewis A. Kaplan
                                               United States District Judge