UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

UNITED STATES OF AMERICA,

        -against-

21-cr-0194 (LAK)

RICKEY JOHNSON,

        Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The motion of Fox Corporation to quash defendant's subpoena *duces tecum* dated January 27, 2022 ) (Dkt 45)is GRANTED, and Defendant's motion to authorize a Rule 17(c) subpoena (Dkt 46) is DENIED, both on the terms and for the reasons stated on the record this day.

        SO ORDERED.

Dated:        February 9, 2022

                                              Lewis A. Kaplan
                                          United States District Judge