USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA          :

                    - v. -                    :          21 Cr. 194 (LAK)

RICKEY JOHNSON,

                         Defendant.
-------------------------------------------------------------x

      Upon the request of defendant Rickey Johnson, by his counsel Zawadi Baharanyi,

Esq., and with good cause shown it is hereby

   **ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center – Brooklyn,

      and the United States Marshals Service accept the following clothing for Mr.

Rickey Johnson, Register Number 30000-509, to wear for appearances at his trial

commencing on February 16, 2022 and continuing thereafter:

1. One pair of black slacks;
2. One pair of khakis;
3. Four pairs of socks
4. Four button-down shirts;
5. One pair of shoes;
6. One belt;
7. Four pairs of underwear;
8. Four white undershirts;
9. One suit jacket.

Dated: New York, New York
     February 3, 2022

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge

1