# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
*Attorney-in-Charge*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/22

February 10, 2022

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Rickey Johnson**
      **21 Cr. 194 (LAK)**

Dear Judge Kaplan:

     We write to respectfully request that Your Honor allow us to connect to the courtroom's Wi-Fi during trial. Access to a WiFi connection would facilitate effective and efficient communication between members of Mr. Johnson's defense team and allow his defense team to remain connected to resources in the office during critical moments of the proceedings.

     Due to COVID-19 safety protocols, we understand that members of the defense team may be separated, seated at different tables and/or required to sit away from counsel table in the area of the courtroom typically reserved for public seating. Given that the Court does not permit cellphones in the courtroom, Wi-Fi access on the approved laptops would permit Mr. Johnson's legal team to remain in communication while trial is ongoing, while minimizing disruption to the proceedings.

     Moreover, Wi-fi access would permit the trial team to remain connected to resources in the office during the proceedings, reducing the number of defense files and personnel in the courtroom, as well as traffic in the courtroom during proceedings. This is particularly critical in this case given the voluminous and largely digital discovery produced. Hundreds of videos were produced in discovery along with messages, photographs, law enforcement reports and forensic case files. Defense needs to have access to these resources in case their use becomes necessary during trial.

     In other trials during the current pandemic, counsel from our office have been permitted to access the Court's WiFi during their trial. *See United States v. Christopher Ansah*, 19 Cr. 724 (JMF); *United States v. Michael Avenatti*, 19 Cr. 374 (JMF). We ask for this accommodation given the unique constraints on trial during a global health pandemic and the need for access to trial resources in our office during the trial.

Thank you for your consideration of this matter.

                                                      Respectfully submitted,

                                                      _____/s/_____

                                                      Zawadi S. Baharanyi
                                                      Marisa K. Cabrera

                                                      *Counsel for Rickey Johnson*

cc:    AUSA Patrick Moroney
        AUSA Kyle Wirshba

> [Handwritten]: Cases were tried without wifi access for over 200 years. Such access may be appropriate nonetheless in some extraordinary cases. This is not one of them.
>
> Denied
>
> SO ORDERED
>
> [signature]
> LEWIS A. KAPLAN, USDJ
> 2/11/22