UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                    -against-                                          21-cr-0194 (LAK)

RICKEY JOHNSON,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Any oppositions to defendant's motions docketed as ECF Nos. 53 and 54, and any opposition, any response to Mr. Gutfeld's letter motion, dated February 13, 2022, to quash the defense subpoena to the New York City Police Department, shall be filed no later than 10 p.m. on February 15, 2022.

      SO ORDERED.

Dated:      February 15, 2022

                                    Lewis A. Kaplan
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-15-22