UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

21-cr-0194 (LAK)

RICKEY JOHNSON,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

Any opposition to Fox Corporation's motion to quash (Dkt 56) shall be filed no later than 8 a.m. on February 16, 2022.

SO ORDERED.

Dated:      February 15, 2022

Lewis A. Kaplan
United States District Judge