# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director*
*and Attorney-in-Chief*

**MEMO ENDORSED**

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*



November 8, 2023

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   **United States v. Rickey Johnson**
> **21 Cr. 194 (LAK)**

Dear Judge Kaplan:

With the consent of the Probation Department and the U.S. Attorney's Office for the Southern District of New York, I write to request early termination of Rickey Johnson's supervised release. On May 25, 2022, Mr. Johnson was sentenced to 24 months of imprisonment and 3 years supervised release for an offense in which no one was injured or hurt. He was released on October 26, 2022, and has performed incredibly well in the community. Since returning home, Mr. Johnson has worked as a courier, remained drug and arrest-free, and complied with all of his conditions of supervised release. He has successfully reintegrated and for this reason, **all parties** believe early termination is appropriate.

For the reasons above, I ask that the Court order early termination.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/

Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

Application granted

So Ordered:

Hon. Lewis A. Kaplan, U.S.D.J.

Dated:      Nov. 9, 2023